# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LI XIAORAN, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S), | 2:21-cv-05850-MCS-AFMx |
| v. | **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY:** |
| ALEJANDRO MAYORKAS, et al., | ☑ **FULL FILING FEE** |
| DEFENDANT(S). | ☐ **INITIAL PARTIAL FILING FEE** |

On _July 23, 2021 (ECF No. 8)_, plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the ☑ full filing fee ☐ initial partial filing fee, in the amount of $ __402.00__ within thirty (30) days to the Clerk of Court.

The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☑ full filing fee ☐ initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☑ full filing fee or ☐ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

8/25/2021
Date

*[signature]*
United States Magistrate Judge